# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS MOORE,<br>　　　Plaintiff(s),<br>v.<br>DEALFI LLC,<br>　　　Defendant(s). | Case No. 2:24-cv-02078-GMN-DJA<br>**Order** |

An early neutral evaluation is scheduled for April 3, 2025. Docket No. 10. Due to conflicting duties of the Court, the early neutral evaluation is **CONTINUED** to 1:00 p.m. on April 9, 2025. Evaluation statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on April 2, 2025. All other requirements in the earlier order (Docket No. 10) continue to govern.

IT IS SO ORDERED.

Dated: March 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1