Tyson C. Horrocks
Nevada Bar No. 14720
Sydney R. Gambee
Nevada Bar No. 14201
Steven J. T. Washington
Nevada Bar No. 14298
Caitlan J. McMasters
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
tchorrocks@hollandhart.com
srgambee@hollandhart.com
cjmcmasters@hollandhart.com
SJWashington@hollandhart.com

*Attorneys for Defendant*
*DealFi, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS MOORE, individually;<br><br>Plaintiff,<br><br>v.<br><br>DEALFI LLC, a limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02078-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The Parties, by and through their respective undersigned counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss all claims asserted in this action, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party shall bear their own attorneys' fees and costs.

DATED: May 8, 2025.

**HOLLAND & HART LLP**

/s/ *Tyson C. Horrocks*
Tyson C. Horrocks, Esq.
Sydney R. Gambee, Esq.
Steven J.T. Washington, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant DealFi, LLC*

DATED: May 8, 2025.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ *Danielle J. Barraza*
Jason Maier, Esq.
Nevada Bar No. 8557
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff Alexis Moore*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2025